# IN THE SUPREME COURT OF PENNSYLVANIA

IN THE MATTER OF             :   No. 2479 Disciplinary Docket No. 3

                                      :

JOHN ANDREW KLAMO        :   Board File No. C1-18-184

                                      :

                                      :   (Supreme Court of New Jersey,

                                      :   D-185 September Term 2016)

                                      :

                                      :   Attorney Registration No. 34695

                                      :

                                      :   (Out of State)

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of June, 2018, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, John Andrew Klamo is suspended from the practice of law in the Commonwealth of Pennsylvania for three months. He shall comply with all the provisions of Pa.R.D.E. 217.